UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HOYER and
    MARY HOYER,

    Plaintiffs,

v.

    Case No.: 04-70089
    HONORABLE VICTORIA A. ROBERTS

MICHIGAN UFCW UNIONS AND
    EMPLOYERS HEALTH AND
    WELFARD FUND and MODERN
    SERVICE INSURANCE
    COMPANY,

    Defendants.
_____/

## JUDGMENT

On May 17, 2005, the Court GRANTED Defendant Michigan UFCW Unions and Employers Health and Welfare Fund's Motion for Judgment [Doc. 43]. Judgment enters for Defendant Michigan UFCW Unions and Employers Health and Welfare Fund on all counts of the complaint.

The Court also DISMISSED, without prejudice, pendent state law claims against Modern Service Insurance Company.

**IT IS SO ORDERED.**

                                  **S/Victoria A. Roberts**
                                  **Victoria A. Roberts**
                                  **United States District Judge**

**Dated: May 19, 2005**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2005.**
>
> **s/Carol A. Pinegar**
> **Deputy Clerk**