UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICHARD HOYER, ET AL,

      Plaintiff,

vs                                   Case No: 04-70089
                                        Honorable Victoria A. Roberts

MICHIGAN UNITED FOOD AND
COMMERCIAL WORKER UNION
AND FOOD EMPLOYEES HEALTH
AND WELFARE FUND, et al

      Defendant.
_____/

## <u>ORDER</u>


## I. INTRODUCTION

      This matter is before the Court on the Letter of Richard and Mary Hoyer ("Plaintiffs") (Doc. #89) and Scott Comb's ("Combs") Motion for In Camera Inspection (Doc. #88) and documents submitted by Combs, to reduce their liability for the award of attorney fees and costs against them because of an inability to satisfy.


## II. BACKGROUND

      In its Order Awarding Attorney Fees and Costs and Granting Withdrawal of Counsel, the Court imposed fees and costs of $8,825 against Combs and $981 against Plaintiffs. The Court stated if either party was unable to satisfy the award they should submit supporting documentation to the Court by November 5, 2007. Both parties made timely submissions to the Court.

After reviewing the submissions of Plaintiffs and Combs, the Court finds both are unable to satisfy the full award against them because of their severely limited financial circumstances. Accordingly, the Court reduces the liability of both parties. *See Baker v. Greater Kansas City Laborers Welfare Fund*, 716 F. Supp. 1229, 1231 (W.D. Mo. 1989).

## III. CONCLUSION

Plaintiffs remain liable for $100 dollars and Combs remains liable for $882.80 dollars. Combs may make his payments in eight equal monthly installments. The Hoyer's only payment and Combs' first payment are payable December 21, 2007.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 21, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 21, 2007.

s/Linda Vertriest
Deputy Clerk